

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Andrew Walker, Jr., Appellant

No. 06-23-00070-CV          v.

Wanda Daniels, Individually and as
Personal Representative of the Estate of
Carles B. Daniels, Deceased, et al.,
Appellees

Appeal from the 124th District Court of
Gregg County, Texas (Tr. Ct. No. 2021-
1518-B).  Memorandum Opinion delivered
by Chief Justice Stevens, Justice van Cleef
and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Andrew Walker, Jr., has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk